CHRISTOPHER F. MORALES
Attorney at Law
1 Daniel Burnham Court, Ste. 240 C
San Francisco, CA 94109
415-552-1215
cmoral@aol.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.: CR 10-0853 MAG |
| Plaintiff, | ) |
| v. | ) |
| | ) JOINT STIPULATION AND |
| CHRISTOPHER MICHAEL | ) PROPOSED ORDER TO CONTINUE |
| MCDONALD, | ) STATUS CONFERENCE |
| Defendant. | ) |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the status conference in the above-captioned matter, presently scheduled for Wednesday, April ~~5~~ 6, 2011, at 10:00 a.m., be moved to Wednesday, April 20, 2011 at 10:00 a.m.  This continuance is necessary because defense counsel has plans to be out of town on the scheduled date of April 5, 2011.

///
///
///
///
///
///

1

Dated: 3/21/11                                        _____/s/_____

                                                     Christopher Morales
                                                     Attorney for Defendant


                                                     Melinda Haag
                                                     United States Attorney

Dated: 3/21/11                                       _____/s/_____

                                                     Acadia Senese
                                                     Special Assistant United States Attorney



IT IS HEREBY ORDERED:


Dated: _____ 3/21/11

                                                     IT IS SO ORDERED
                                                     AS MODIFIED

                                                     Judge Edward M. Chen

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE